# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### SOUTHERN District of Texas

Case Number: 4:25-CV-00211

Plaintiff:
**LONE STAR HOME BUYERS, LLC**

vs.

Defendant:
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ONE REVERSE MORTGAGE LLC., PHH MORTAGE CORPORATION, and their successors and assigns,**

Received these papers on the 30th day of January, 2025 at 12:45 pm to be served on **INGRID C. FORREST, 1617 FOUNTAIN VIEW DRIVE, APT. 87, HOUSTON, TX 77057**.

I, Velichko Georgiev, do hereby affirm that on the **1st day of February, 2025 at 3:00 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS ON A THIRD-PARTY COMPLAINT and ORIGINAL ANSWER, COUNTERCLAIM, AND THIRD-PARTY CLAIM OF PHH MORTGAGE CORPORATION with EXHIBITS A through H** with the date and hour of service endorsed thereon by me, to: **INGRID C. FORREST** at the address of: **1617 FOUNTAIN VIEW DRIVE, APT. 87, HOUSTON, TX 77057**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 84, Sex: F, Race/Skin Color: WHITE, Height: 5', Weight: 120, Hair: WHITE, Glasses: N

My name is Velichko Georgiev and my date of birth is 11/23/1963, and my address is 3620 Woodchase Drive, Unit 23, Houston, TX 77042, within the county of Harris. I declare under the penalty of perjury that the foregoing is true and correct.

Executed in Harris, County, State of Texas, on the __5__ day of __February__, 2025.

_(signature)_

**Velichko Georgiev**
PSC- 14160 EXP MARCH 31, 2026

Our Job Serial Number: DNE-2025000102
Ref: 0300250

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Lone Star Home Buyers, LLC <br> *Plaintiff* <br> v. <br> PHH Mortgage Corporation <br> *Defendant, Third-party plaintiff* <br> v. <br> Ingrid C. Forrest <br> *Third-party defendant* | ) <br> ) <br> ) Civil Action No. 4:25-cv-00211 <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   Ingrid C. Forrest
1617 Fountain View Dr. Apt. 87
Houston, Texas 77057

   A lawsuit has been filed against defendant   PHH Mortgage Corp.   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Lone Star Home Buyers, LLC   .

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Nicholas M. Frame and Crystal G. Gibson
Mackie Wolf Zientz & Mann P.C.
14160 N. Dallas Pkwy. Suite 900., Dallas, TX 75254

   It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Marcella A. Hagger
5718 Westheimer Rd, Ste 1000
Houston, TX 77057

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

   A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: January 29, 2025

Nathan Ochsner, *Clerk of Court*

*s/ M. LaBee*
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 4:25-cv-00211

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

**RETURN / AFFIDAVIT PROOF / ATTACHED**

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: